**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2269**

_____

WILLIE J. WILLIAMS, a/k/a Willie Joe Williams,

Plaintiff - Appellant,

v.

KELVIN MALHER; JESUS DELGADO MARTINEZ; MONTAVIOUS TINCH,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson.  David C. Norton, District Judge.  (8:23-cv-04709-DCN)

_____

Submitted:  February 22, 2024                    Decided:  February 26, 2024

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie Joe Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Joe Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Willams' 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Williams v. Malher*, 8:23-cv-04709-DCN (D.S.C. Nov. 28, 2023).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*